UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

IN RE:    FRANK FASANO    BK NO.: 1:10-bk-15071
Debtor
LAURIE FASANO
Joint Debtor

## NOTICE OF VOLUNTARY CONVERSION TO CHAPTER 7

Debtors, by their Attorney, give Notice of Voluntary Conversion from Chapter 13 to Chapter 7.

January 23, 2013    /s/ John B. Ennis, Esq.
JOHN B. ENNIS, ESQ. #2135
1200 Reservoir Avenue
Cranston, RI 02920
401-943-9230
Jbelaw@aol.com

## CERTIFICATION

I hereby certify that I electronically transmitted or mailed a copy of the above Notice of Voluntary Conversion to Chapter 7 to the following by electronic transmission or by regular mail, postage prepaid on this 23rd day of January, 2013.

John Boyajian, Esq.
182 Waterman Street
Providence, RI 02906

Office of the U.S. Trustee
10 Dorrance Street
Room 519
Providence, RI 02903

/s/ John B. Ennis