UNITED STATES BANKRUPTCY COURT          Form D to Appendix IX
FOR THE DISTRICT OF RHODE ISLAND
------------------------------------------------------ x
In re: Frank Fasano and Laurie Fasano    :
                                         :        BK No.  1:10-bk-15071
                  Debtors                :        Chapter 7
------------------------------------------------------ x

## PROPOSED LOAN MODIFICATION AGREEMENT

Now comes the Debtors, Frank Fasano and Laurie Fasano and Creditor, <u>Bank of America, NA as servicer for Federal National Mortgage Association</u>, in the above-reference matter and propose a loan modification agreement regarding the Debtors' property located at: <u>47 Franklin Avenue Cranston, RI 02910</u>, as follows:

| **Current Terms** |  | **Proposed Modified Terms** |  |
|---|---|---|---|
| Current UPB | $94,104.69 | Modified UPB | $138,630.06 |
| Current Maturity Date | 09/01/2033 | Modified Mortgage Term | 09/01/2053 |
| Current Interest Rate | 6.125% | Interest Rate | 4.00% |
| Current Payment Due Date | 05/01/2009 | Post Modification Due Date | 10/01/2013 |
| Current P & I | $619.76 | Post Modification P & I | $579.39 |
| Current Payment Amount | $884.59 | Estimated Modified Payment Amount | $1,138.54 |
| Amount Capitalizing | $0.00 | Contribution Required | $0 |

Debtors,                                    Lender
By their Attorney,                          By its Attorney,
                                            **HARMON LAW OFFICES, P.C.**
/s/ John B. Ennis                           /s/ Wayne E. George_____
John B. Ennis, Esq.                         Wayne E. George, Esq.  8151
1200 Reservoir Avenue                       PO Box 610345
Cranston, RI 02920                          Newton Highlands, MA 02461
(401) 943-9230 phone                        (781) 398-4800 phone
(401) 943-5006 fax                          (617) 243-4049 fax
rarabian@hotmail.com                        ribk@harmonlaw.com

Dated: September 10, 2013